**Motion Granted; Case Dismissed and Memorandum Opinion filed July 29, 2025**



In The

# Fifteenth Court of Appeals

### NO. 15-24-00061-CV

### THE STATE OF TEXAS, Appellant

### V.

### HARRIS COUNTY, TEXAS, ET AL., Appellees

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2024-22320**

### MEMORANDUM OPINION

This is an interlocutory appeal from an order denying temporary injunctive relief signed April 18, 2024. We abated the appeal on June 23, 2025 upon request of the parties, which were in talks to resolve outstanding issues in this case. On July 23, 2025, the parties filed a joint motion requesting the court reinstate the appeal, vacate the trial court's order denying temporary injunctive relief, and dismiss the case without prejudice. *See* Tex. R. App. P. 42.1(a)(2)(A), 43.2(e).

We reinstate the appeal and **GRANT** the motion. We therefore **VACATE** the trial court's order denying temporary injunctive relief dated April 18, 2024. We further **DISMISS** the case without prejudice.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.